```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
DENISE ESPINOZA,                          :
                                          :
                        Plaintiff,        :
                                          :
              -v-                         :      23cv9133(DLC)
                                          :
JOE AND PAT'S PIZZERIA, et al.,           :          ORDER
                                          :
                        Defendants.       :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

On February 23, 2024, defendants filed a motion to dismiss the complaint pursuant to Rules 12(b)(2) and 12(b)(6), Fed. R. Civ. P. Under Rule 15(a)(1)(B), Fed. R. Civ. P., a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course. Accordingly, it is hereby

ORDERED that plaintiff shall file any amended complaint by March 15, 2024. It is unlikely that plaintiff will have a further opportunity to amend.

IT IS FURTHER ORDERED that if no amended complaint is filed, plaintiff shall file any opposition to the motion to dismiss by March 15, 2024. Defendants' reply, if any, shall be filed by March 22, 2024. At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies

of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that the initial pretrial conference scheduled for March 15, 2024 is adjourned <u>sine</u> <u>die</u>.

Dated:  New York, New York
        February 26, 2024

                                    _____
                                          DENISE COTE
                                    United States District Judge