UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :
DENISE ESPINOZA,                     :
                                     :
                 Plaintiff,          :
                                     :
        -v-                          :         23cv9133(DLC)
                                     :
JOE AND PAT'S PIZZERIA, et al.,      :             ORDER
                                     :
                 Defendants.         :
                                     :
------------------------------------ X

DENISE COTE, District Judge:

    IT IS HEREBY ORDERED that the March 15, 2024 initial

pretrial conference is rescheduled to March 28 at 3:00 p.m. in

Courtroom 18B, 500 Pearl Street.


Dated:    New York, New York
          March 15, 2024

                            _____
                                     DENISE COTE
                            United States District Judge