```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
DENISE ESPINOZA,                        :
                                        :
                       Plaintiff,       :        23cv9133 (DLC)
             -v-                        :
                                        :             ORDER
CGJC HOLDINGS, LLC, et al.,             :
                                        :
                       Defendants.      :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On February 23, 2024, defendant Joe & Pat's Pizzeria filed a motion to dismiss the original complaint in this action pursuant to Rules 12(b)(2) and 12(b)(6), Fed. R. Civ. P.  On February 29, defendants Gennaro Pappalardo, Ciro Pappalardo, Casey Pappalardo, and John Piscopo filed a motion to dismiss the original complaint pursuant to Rules 12(b)(2) and 12(b)(6).  An Order of March 4 directed the plaintiff to file any amended complaint by March 22 and alerted the plaintiff that she would likely not have another opportunity to amend.  The plaintiff filed an amended complaint on March 22, thereby mooting the defendants' February 23 and February 29 motions.  Defendants renewed their motion on April 26.  It is hereby

ORDERED that the plaintiff shall serve any opposition to the motion to dismiss by May 17, 2024.  Defendants' reply, if any, shall be served by May 31.  At the time any reply is

served, the moving party shall supply Chambers with two (2)

courtesy copies of all motion papers by mailing or delivering

them to the United States Courthouse, 500 Pearl Street, New

York, New York.

Dated:     New York, New York
           April 30, 2024

                              _____
                              DENISE COTE
                              United States District Judge