```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :   23cv9133 (DLC)
DENISE ESPINOZA,                         :
                                         :      PRETRIAL
                            Plaintiff,   :   SCHEDULING ORDER
                                         :
               -v-                       :
                                         :
CGJC HOLDINGS, LLC, et al.,              :
                                         :
                            Defendants.  :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

     As set forth at the pretrial conference held pursuant to Rule 16, Fed. R. Civ. P., on March 28, 2024, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1. Pursuant to the Second Amended Standing Administrative Order 11 Misc. 003, the parties are referred to the Southern District of New York's Alternative Dispute Resolution program for counseled employment discrimination cases.

2. The parties shall comply with their Rule 26(a)(1), Fed. R. Civ. P., initial disclosure obligations by November 8, 2024.

3. The plaintiff shall provide her medical release forms to the defendants by November 8, 2024.

4. This case will be referred to a second mediation to occur no later than February 2025. The Clerk of Court will contact the parties when a mediator has been selected.

5. All fact discovery must be completed by March 7, 2025.

6. Initial interrogatories and Requests pursuant to Rule 34, Fed. R. Civ. P., may not be served after November 15, 2024.

7. Expert reports and disclosure of expert testimony

    conforming to the requirements of Rule 26(a)(2)(B), Fed. R. Civ. P., by the party bearing the burden on an issue must be served by April 4, 2025. Identification of rebuttal experts and disclosure of their expert testimony must occur by April 25.

8. Expert discovery must be completed by May 23, 2025.

9. The following motion will be served by the dates indicated below.

    Any motion for summary judgment:

    - Motion served by June 20, 2025
    - Opposition served by July 11, 2025
    - Reply served by July 25, 2025.

    At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

10. In the event no motion is filed, the Joint Pretrial Order must be filed by June 20, 2025.

    As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Voir Dire, Requests to Charge and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due one week thereafter. In the event a party does not file a Memorandum of Law, a responsive Memorandum of Law is not permitted.

    SO ORDERED:

Dated:    New York, New York
            July 23, 2024

                                          _____
                                              DENISE COTE
                                      United States District Judge