UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
DENISE ESPINOZA,                    :        23cv9133 (DLC)
                                    :
                    Plaintiff,      :            ORDER
                                    :
         -v-                        :
                                    :
CGJC HOLDINGS, LLC, et al.,         :
                                    :
                    Defendants.     :
                                    :
------------------------------------X

DENISE COTE, District Judge:

On September 10, 2024 plaintiff filed a motion to dismiss
the defendants' counterclaims pursuant to Rule 12(b)(6), Fed. R.
Civ. P.  Under Rule 15(a)(1)(B), Fed. R. Civ. P., a defendant
has 21 days after the service of a motion under Rule 12(b) to
amend the answer once as a matter of course.  Accordingly, it is
hereby

ORDERED that defendants shall file any amended answer by
**October 1, 2024.**  It is unlikely that defendants will have a
further opportunity to amend.

IT IS FURTHER ORDERED that if no amended answer is filed,
defendants shall file any opposition to the motion to dismiss by
**October 1, 2024.**  Plaintiff's reply, if any, shall be filed by
**October 15.**  At the time any reply is filed, the moving party
shall supply Chambers with two (2) courtesy copies of all motion

papers by mailing or delivering them to the United States

Courthouse, 500 Pearl Street, New York, New York.

Dated:      New York, New York
            September 10, 2024

                                    _____
                                         DENISE COTE
                              United States District Judge