```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    23cv9133 (DLC)
DENISE ESPINOZA,                         :
                                         :         ORDER
                          Plaintiff,     :
                                         :
              -v-                        :
                                         :
CGJC HOLDINGS, LLC, et al.,              :
                                         :
                          Defendants.    :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On September 10, 2024, the plaintiff filed a motion to dismiss the defendants' original counterclaims in this action pursuant to Rule 12(b)(6), Fed. R. Civ. P. An Order of September 10 directed the defendants to file any amended answer by October 1 and alerted the defendants that they would likely not have another opportunity to amend. The defendants filed an amended answer on October 1. Accordingly, it is hereby

ORDERED that the plaintiff's September 10 motion is dismissed as moot.

IT IS FURTHER ORDERED that any renewed motion to dismiss will be served by the dates indicated below:

- Motion served by October 15
- Opposition served by October 29
- Reply served by November 5

At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by

mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated: New York, New York
October 2, 2024

                                                 /s/ Denise Cote
                                             DENISE COTE
                                   United States District Judge