UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
DENISE ESPINOZA,                         :
                                         :
                    Plaintiff,           :
                                         :   23cv9133 (DLC)
          -v-                            :
                                         :       ORDER
CGJC HOLDINGS LLC d/b/a JOE AND PAT'S    :
PIZZERIA AND RESTAURANT, et al.,         :
                                         :
                    Defendants.          :
                                         :
-----------------------------------------X

DENISE COTE, District Judge:

An Opinion of August 22, 2025 denied the plaintiff's June 27, 2025 motion for summary judgment. Accordingly, it is hereby,

ORDERED that the parties are instructed to contact the chambers of Magistrate Judge Parker prior to **September 5, 2025** in order to schedule settlement discussions under her supervision to occur by **October 17, 2025**.

IT IS FURTHER ORDERED that the Joint Pretrial Order must be filed by **October 31, 2025**. As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Voir Dire, Requests to Charge and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due one week thereafter. In the event a party does

not file a Memorandum of Law, a responsive Memorandum of Law is not permitted.

IT IS FURTHER ORDERED that this case is placed on the **December 2025** trial ready calendar.

Dated:   New York, New York
         August 28, 2025

                                          _____
                                              DENISE COTE
                                          United States District Judge