```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :    23cv9133 (DLC)
DENISE ESPINOZA,                          :
                                          :    PRETRIAL
                   Plaintiff,             :    SCHEDULING ORDER
                                          :
            -v-                           :
                                          :
CGJC HOLDINGS LLC d/b/a JOE AND PAT'S     :
PIZZERIA AND RESTAURANT, et al.,          :
                                          :
                   Defendants.            :
                                          X
-----------------------------------------
```

DENISE COTE, District Judge:

An Order of August 28, 2025 set a deadline of October 31, 2025 for the Joint Pretrial Order and the corresponding documents, with any responsive papers due one week thereafter on November 7, 2025. An Order of September 11, 2025 then scheduled a final pretrial conference for December 4, 2025 at 2:30 p.m. and scheduled trial to begin on December 15, 2025. Having received the parties' letter of September 18, 2025, it is hereby

ORDERED that any responses to the documents submitted with the Joint Pretrial Order are now due by **November 5, 2025**.

IT IS FURTHER ORDERED that the final pretrial conference is rescheduled to **November 6, 2025** at **2:30 p.m.** in Courtroom 18B at the United States Courthouse, 500 Pearl Street, New York, NY 10007.

IT IS FURTHER ORDERED that trial is rescheduled to begin on **November 10, 2025** at **9:30 a.m.**

Dated:    New York, New York
          September 18, 2025

　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　DENISE COTE
　　　　　　　　　　　　　　United States District Judge